### LYNN v. STATE (two cases).

### Nos. 23193, 23194.

Court of Criminal Appeals of Texas.

Oct. 31, 1945.

Rehearing Denied Nov. 28, 1945.

J. W. McCullough, of McKinney, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of a violation of the liquor laws of Collin County, and was assessed a fine of $100.

There are no bills of exceptions nor statement of facts in the record.

No error appearing, the judgment is affirmed.